UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| BETTY SPENCE,<br> *Plaintiff*,<br><br>v.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2003-1, ASSET-BACKED CERTIFICATES, SERIES 2013-1 and OCWEN LOAN SERVICING, LLC,<br> *Defendants*. | Civil Action No. 1:15-cv-00019 |

## NOTICE OF PENDING HEARING

1. Defendants Wells Fargo Bank, National Association, as Trustee for Option One Mortgage Loan Trust 2003-1, Asset-Backed Certificates, Series 2003-1("Wells Fargo as Trustee") and Ocwen Loan Servicing, LLC ("Ocwen") removed this matter to this Honorable Court.

2. A hearing on the temporary enjoinder is scheduled for January 15, 2015 at 11:00 a.m. at the Hillsborough South County Superior Court.

3. Our Firm will notify the Hillsborough South County Superior Court of this removal prior to that time.

*(Rest of page left intentionally blank.)*

1

Respectfully submitted,
**DEFENDANTS, WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2003-1, ASSET-BACKED CERTIFICATES, SERIES 2003-1 AND OCWEN LOAN SERVICING, LLC,**
By their attorney,

*/s/ Jessica S. Babine*
Jessica S. Babine, Esq.
NH Bar No. 19521
HOUSER & ALLISON, APC
45 School Street, 2nd Floor
Boston, MA 02108
Phone: (617) 371-0922
Fax: (617) 371-0923

Dated: January 15, 2015          jbabine@houser-law.com

## CERTIFICATE OF SERVICE

I, Jessica S. Babine, hereby certify that this document, Notice of Pending Hearing, filed through the ECF system on January 15, 2015, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those, if any, indicated as non-registered participants.

*/s/ Jessica S. Babine*
Jessica S. Babine, Esq.